Harry S. GREENBERG, Doing Business under the Firm Name and Style of Dean Manufacturing Co., Appellant, v. Maurice CAMPBELL, Federal Prohibition Administrator for the Second District of New York, and James M. Doran, Federal Prohibition Commissioner of the United States, Appellees.

No. 143.

Circuit Court of Appeals, Second Circuit.

Jan. 20, 1930.

Lewis Landes, of New York City, for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg, Asst. U. S.

Atty., of Brooklyn, N. Y., and John E. O'Neill, Senior Atty., Bureau of Prohibition, of New York City, of counsel), for appellees.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.